164 So. 114

## L. C. TATE v. STATE.
### 6 Div. 832.

Supreme Court of Alabama.
Oct. 31, 1935.

A. A. Carmichael, Atty. Gen., Jas. L. Screws, Asst. Atty. Gen., and George Ross, of Bessemer, for the State.

J. L. Busby, of Birmingham, for respondent.

BOULDIN, Justice.

Petition of the State of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Tate v. State, 26 Ala. App. 542, 164 So. 112.

Writ denied.

GARDNER, BROWN, and FOSTER, JJ., concur.